Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID NABIEL AKHDARY<br>(a/k/a "Nabiel Akhdary"),<br><br>Defendant. | 2:22-CR-71-TOR<br><br>INDICTMENT<br><br>Vio: 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)<br>Possession with Intent to Distribute 40 Grams of Fentanyl<br><br>21 U.S.C. § 853<br>Forfeiture Allegation |

The Grand Jury charges:

On or about June 6, 2022, in the Eastern District of Washington, the Defendant, DAVID NABIEL AKHDARY (a/k/a "Nabiel Akhdary"), knowingly and intentionally possessed with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in the sole count of this Indictment, the Defendant, DAVID NABIEL AKHDARY (a/k/a "Nabiel Akhdary"), shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 2

Case 2:22-cr-00071-TOR    ECF No. 6    filed 06/22/22    PageID.15    Page 3 of 3

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

DATED this 22nd day of June, 2022.



Vanessa R. Waldref
United States Attorney

Patrick J. Cashman
Assistant United States Attorney

INDICTMENT – 3