FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:22-CR-0071-TOR-1 |
|---|---|
| Plaintiff, | ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT |
| v. | |
| DAVID NABIEL AKHDARY, | |
| Defendant. | |

On Friday, August 05, 2022, Defendant made an initial appearance and was arraigned based on the Indictment (ECF No. 6). Defendant was represented by court-appointed attorney Bryan P. Whitaker. Assistant United States Attorney Patrick Cashman represented the United States. With Defendant's consent, Defendant appeared by video from Spokane.

Defendant was advised of and acknowledged his rights.

The Court entered a plea of not guilty on Defendant's behalf.

A member of the Criminal Justice Act Panel was previously appointed to represent Defendant and that appointment was affirmed.

The Court directs the parties to review the Local Criminal Rules governing discovery and other issues in this case. http://www.waed.uscourts.gov/court-info/local-rules-and-orders/general-orders.

ORDER - 1

Pursuant to Fed. R. Crim. P. 5(f) and LCrR 16(a)(6), at arraignment or within 14 days thereafter, the Government is required to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment to which defendant is entitled pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. This is a continuing duty for newly discovered evidence. LCrR 16(c). Pursuant to Fed. R. Crim. P. 16(d)(2), failure to comply may result in an order permitting the discovery or inspection; granting a continuance; or any other order that is just under the circumstances (including sanctions, dismissal, exclusion of evidence or witnesses).

A detention hearing was set before **Magistrate Judge Goeke in Spokane, Washington, on Thursday, August 11, 2022, at 1:30 PM.** Pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing.

**IT IS SO ORDERED**.

DATED August 5, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2